# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **JILL L. RIDGWAY,** | ) | Case No.: 09-51855-705 |
| | ) | |
| Debtor. | ) | Chapter 7    MTN 16 |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | Spencer P. Desai |
| | ) | Capes, Sokol, Goodman & Sarachan, P.C. |
| | ) | 7701 Forsyth Boulevard, 12th Floor |
| | ) | St. Louis, Missouri 63105 |
| | ) | (314) 721-7701 |
| | ) | desai@capessokol.com |

## ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

At St. Louis, in this District, this matter before the Court upon the Second Motion for Extension of Time to File Schedules and Statement of Financial Affairs (the "Motion") filed by Jill L. Ridgway ("Debtor"). This Court finding that adequate notice of the Motion has been given and no other notice needs to be given.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the Debtor is granted twenty (20) additional days, up to and including January 11, 2010, upon which to file her Schedules and Statement of Financial Affairs.

_____
CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

DATED: January 4, 2010
St. Louis, Missouri
spt

Order Prepared By:
Spencer P. Desai
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forsyth Boulevard, 12th Floor
St. Louis, MO  63105

# CERTIFICATE OF NOTICE

```
District/off: 0865-4          User: pass              Page 1 of 1              Date Rcvd: Jan 04, 2010
Case: 09-51855                Form ID: pdf01          Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 06, 2010.
```
db          +Jill L Ridgway,   8784 Bridgeport Avenue,   Saint Louis, MO 63144-1808
```
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2010**                          **Signature:**     _/s/ Joseph Speetjens_